1  MICHAEL E. BREWER, Bar No. 177912
   GREGORY G. ISKANDER, Bar No. 200215
2  LITTLER MENDELSON
   A Professional Corporation
3  Treat Towers
   1255 Treat Boulevard, Suite 600
4  Walnut Creek, CA  94597
   Telephone:   925.932.2468
5  Facsimile:   925.946.9809
   E-mail:      mbrewer@littler.com
6               giskander@littler.com

7  Attorneys for Defendant
   OFFICE DEPOT, INC.
8
   STEPHEN M. MURPHY (No. 103768)
9  JEREMY A. GRAHAM (No. 234166)
   LAW OFFICES OF STEPHEN M. MURPHY
10 180 Montgomery Street, Suite 940
   San Francisco, CA 94104
11 Tel:    (415) 986-1338
   Fax:    (415) 986-1231
12 E-mail:  smurphy@justice.com
            jgraham@sick-leave.com
13
   Attorneys for Plaintiff
14 MICHAEL KERNS

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 | MICHAEL KERNS,                         | Case No.  11-cv-00107-CW
19 |         Plaintiff,                     |
20 |     v.                                 | **STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION AND OPT OUT OF COURT-CONNECTED MEDIATION**
21 | OFFICE DEPOT, INC., and DOES ONE       |
   | through TWENTY, inclusive,             | **[PROPOSED] ORDER**
22 |                                        |
23 |         Defendants.                    | Judge:    Hon. Claudia Wilken

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Defendant Office Depot, Inc. ("Defendant") and Plaintiff Michael Kerns ("Plaintiff") hereby agree and stipulate as follows:

WHEREAS in its Case Management Order the Court referred the parties to court-connected mediation to be held by August 17, 2011;

WHEREAS the parties agree that private mediation with a mediator experienced in employment-law matters would be the most conducive and efficient means of alternative despite resolution;

WHEREAS the parties agree that they will agree to a mutually acceptable private mediator and complete said mediation by August 17, 2011, or as soon thereafter as is convenient to the mediator's schedule.

THEREFORE, the parties request that the Court withdraw its reference to court-connected mediation and refer the parties to private mediation.

**SO STIPULATED.**

Dated: June 3, 2011

/s/   Gregory G. Iskander
MICHAEL E. BREWER
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: June 3, 2011

/s/  Stephen M. Murphy
STEPHEN M. MURPHY
LAW OFFICES OF STEPHEN M. MURPHY
Attorneys for Plaintiff
MICHAEL KERNS

**ORDER**

Upon the parties' stipulation, and for good cause, it is HEREBY ORDERED that the parties are referred to private mediation, to be completed by August 17, 2011, or as soon thereafter as is convenient to the mediator's schedule, and the reference to court-connected mediation is hereby withdrawn.

**SO ORDERED.**

Dated: __June 7, 2011__, ~~2012~~

Honorable Claudia Wilken
United States District Judge

CASE NO.  11-CV-00107-CW          2.          Stipulation and Order re Private Mediation

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468