MICHAEL E. BREWER, Bar No. 177912
GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone:     925.932.2468
Facsimile:     925.946.9809
E-mail:        mbrewer@littler.com
               giskander@littler.com

Attorneys for Defendant
OFFICE DEPOT, INC.

STEPHEN M. MURPHY (No. 103768)
JEREMY A. GRAHAM (No. 234166)
LAW OFFICES OF STEPHEN M. MURPHY
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:   (415) 986-1338
Fax:   (415) 986-1231
E-mail:  smurphy@justice.com
         jgraham@sick-leave.com

Attorneys for Plaintiff
MICHAEL KERNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KERNS,<br><br>     Plaintiff,<br><br>     v.<br><br>OFFICE DEPOT, INC., and DOES ONE through TWENTY, inclusive,<br><br>     Defendants. | Case No.  11-cv-00107-CW<br><br>**STIPULATION TO CHANGE TRIAL DATE**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Current Trial Date:   July 16, 2012<br>Proposed Trial Date: June 11, 1012<br><br>Judge:     Hon. Claudia Wilken |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

1  Defendant Office Depot, Inc. ("Defendant") and Plaintiff Michael Kerns ("Plaintiff") hereby
2  agree and stipulate as follows:
3  WHEREAS the trial in this matter is currently set for July 16, 2012 and the final pretrial
4  conference is set for June 26, 2012;
5  WHEREAS lead counsel for Defendant has a pre-planned vacation in July 2012 and
6  mistakenly failed to identify that conflict at the case management conference in this matter.
7  THEREFORE, the parties request that the trial date be changed to June 11, 2012 (or at the
8  Court's discretion after September 2012), and the final pretrial conference be changed to May 21,
9  2012. The parties believe that all other dates set forth in the Court's Case Management Order can
10 remain the same.
11 **SO STIPULATED.**

Dated: June 3, 2011

/s/   Gregory G. Iskander
MICHAEL E. BREWER
GREGORY G. ISKANDER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: June 3, 2011

/s/  Stephen M. Murphy
STEPHEN M. MURPHY
LAW OFFICES OF STEPHEN M. MURPHY
Attorneys for Plaintiff
MICHAEL KERNS

### ORDER

Upon the parties' stipulation, and for good cause, it is HEREBY ORDERED that the trial of this matter currently set for July 17, 2012 is changed to **June 11**, 2012, and the pretrial conference currently set for June 26, 2012, is changed to **May 22**, 2012. All other dates set forth in the Court's Case Management Order shall remain the same.

**SO ORDERED.**

Dated: **June 7, 2011**, ~~2012~~

_____
Honorable Claudia Wilken
United States District Judge

Firmwide:101013526.1 063095.1021

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

CASE NO.  11-CV-00107-CW         2.         Stipulation and Order to Change Trial Date